IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
<u>HAMMOND DIVISION</u>

| | | |
|---|---|---|
| IN RE: | ) | |
| **MARK KUCSERA** | ) | **CASE NO.: 11-24765** |
| Debtors | ) | |
| | ) | **CHAPTER 13** |

<u>NOTICE OF CHANGE OF ADDRESS</u>

Comes now Debtor, **MARK KUCSERA** by counsel, Kenneth L. Fugate, and requests the Clerk of this Court to change the debtors address on the matrix, and that all future notices be forwarded to them at the following address:

**MARK KUCSERA
4840 SKYE COURT
SOUTH BEND, IN 46614**

Date: 3-3-16

Kenneth L. Fugate, Attorney at Law
7225 E. Ridge Road
Hobart, IN 46342
(219) 947-7000

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 35 day of March, 2016, a copy of the Notice of Change of Address has been duly served upon all interested parties of record listed below and attached on the date below, by electronic mail or the United States mail, first-class postage prepaid and upon:

U.S. Bankruptcy Court, Clerk's Office, electronic mailing
U.S. Trustee, electronic mailing
Paul Chael, electronic mailing

Date: 3-3-16

Sarah Frankovich