IN THE UNITED STATES BANKRUPCTY COURT
NORTHERN DISTRICT OF INDIANA
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: | ) |
| MARK KUCSERA | ) CASE NO.: 11-24765 |
| Debtor(s) | ) CHAPTER 13 |

### VERIFIED MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

Comes now the debtor, **MARK KUCSERA**, and, pursuant to 28 U.S.C. § 1328(a), moves the court for the entry of a discharge in this Chapter 13 case. In support of this request, I state the following:

1. All of the payments required by the confirmed plan, whether made to the Chapter 13 trustee or made directly to creditors, have been completed.
2. I am not required to pay a domestic support obligation, as defined by 11 U.S.C. § 101(14A).
3. I did not receive a discharged under Chapter 7, 11 or 12 of the United States Bankruptcy Code during the fours years prior to the date of the order for relief under Chapter 13 in this case.
4. I did not receive a discharge under Chapter 13 of the United States Bankruptcy Code during the two years prior to the date of the order for relief under Chapter 13 in this case.
5. After filing the petition in this case, I completed a course concerning personal finance management under certificate number: 06105-INN-DE-017583802 on March 10, 2012 and was filed under docket #35
6. A copy of the certificate of completion of the course has been filed with the court.
7. There is no proceeding pending in which I might be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(B), and there is no reason to believe that 11 U.S.C. § 522(q)(1) might apply to me.

Wherefore, I respectfully request that, following notice and the opportunity for a hearing, the court enter a discharge pursuant to 28 U.S.C. § 1328(a).

I certify under the penalty of perjury, that the foregoing statements are true and correct.

_____
MARK KUCSERA, Debtor

Date: 2-9-17

Respectfully Submitted,

_____
Kenneth Fugate, Attorney for Debtor
Attorney No.: 17963-45
7225 East Ridge Road
Hobart, IN 46342
219-947-7000
kfugate35@yahoo.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the Verified Motion for Entry of Chapter 13 Discharge filed on __2.9__, 2017 has been duly served upon all interested parties of record listed below and attached on the date below, on __2.9__, 2017, by the United States mail, first-class postage prepaid and upon:

**U.S. Bankruptcy Court, Clerk's Office, 5400 Federal Plaza, Hammond, IN 46320**
**U.S. Attorney's Office, 5400 Federal Plaza, Hammond, IN 46320**
**U.S. Trustee, 555 One Michiana Square South Bend, IN 46601**
**Paul Chael, 401 W. 84th Drive, Suite C, Merrillville, IN 46410**
Attached Matrix

Date 2.9.17                                      _S. Frankovich_
                                                  Sarah Frankovich

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-2<br>Case 11-24765-jpk<br>Northern District of Indiana<br>Hammond Division<br>Thu Feb  9 14:36:26 EST 2017 | Alberts<br>711 Main Street<br>Schererville, IN 46375-1241 | Amex<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Stephen K. Andrews<br>9247 North Meridian Street<br>Suite 101<br>Indianapolis, IN 46260-1813 | CAPITAL ONE NA<br>C/O BASS & ASSOCIATES, PC<br>3936 E FT LOWELL, RD, SUTIE 200<br>TUSCON, AZ 85712-1097 | CAPITAL ONE, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, SUITE 200<br>Tucson, AZ 85712-1083 |
| Capital One<br>P.O. Box 12907<br>Norfolk VA 23541-0907 | Paul R. Chael<br>401 West 84th Drive<br>Suite C<br>Merrillville, IN 46410-6247 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Chase Bank Usa, Na<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citizens Bank<br>480 Jefferson Blvd.<br>Rje 135<br>Warwick, RI 02886-1359 | Dahlia K. McDaniel<br>7013 Colorado Street<br>Merrillville, IN 46410-3917 |
| ECast Settlement Corporation<br>PO Box 28136<br>New York, NY 10087-8136 | Kenneth L. Fugate<br>7225 East Ridge Road<br>Hobart, IN 46342-2333 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE<br>Suite 1120<br>MIAMI FL 33131-1605 |
| GE Capital Retail Bank(BB)<br>4125 Windward Plaza Dr. Bldg 300<br>Alpharetta, GA 30005-8738 | GEMB / Old Navy<br>Attention: GEMB<br>Po Box 103104<br>Roswell, GA 30076-9104 | GMAC Mortgage, LLC<br>Attn: Bankruptcy Department<br>1100 Virginia Drive<br>Ft. Washington, PA 19034-3204 |
| Nancy J. Gargula<br>One Michiana Square Building<br>Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601-2394 | Gemb/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/sams Club Dc<br>Gemb Finance<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gmac Mortgage<br>Po Box 4622<br>Waterloo, IA 50704-4622 | Goodyear Tire/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | Huntington Natl Bk<br>Po Box 89424<br>Cleveland, OH 44101-6424 |
| Indiana Department of Revenue<br>Attn:  Highest Ranking Officer<br>Bankruptcy Section, N-240<br>100 N. Senate Avenue<br>Indianapolis, IN 46204-2273 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis IN 46204-2253 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kohls/capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | Mark Alan Kucsera<br>4840 Skye Court<br>South Bend, IN 46614-3537 |
| Lake County Treasurer<br>Attention: Bankruptcy Clerk<br>2293 North Main Street<br>Crown Point IN 46307-1854 | National Capital Management, LLC<br>agent for GE Capital Retail Bank<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | Ocwen Loan Servicing, LLC<br>1100 Virginia Drive Suite #175<br>Ft Washington, PA 19034-3204 |
| PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541-0907 | PRA Receivables Management, LLC<br>as agent of<br>Portfolio Recovery Associates, LLC<br>P O Box 40167<br>Norfolk VA  23541 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Martha Spaner<br>Reisenfeld & Assoc<br>3962 Red Bank Road<br>Cinncinati, OH 45227-3408 | State Farm Litigation<br>PO Box 10180<br>Crown Point, IN 46307 | Tech Credit Union<br>10951 Broadway<br>Crown Point, IN 46307-8836 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | David H. Yunghans<br>Reisenfeld & Associates<br>3962 Red Bank Road<br>Cincinnati, OH 45227-3408 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd.<br>Tucson, AZ 85712-1097 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Chap 7 & Chap 13 Post Conf 13<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Chap 7 & Post-Conf 13<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |
| Us Bank/na Nd<br>Attn: Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GMAC Mortgage LLC (successor by merger to | (u)Ocwen Loan Servicing, LLC | (d)eCAST Settlement Corp.<br>PO Box 28136<br>New York, NY 10087-8136 |

(d)eCAST Settlement Corporation
P O Box 28136
New York, NY 10087-8136

End of Label Matrix
Mailable recipients    44
Bypassed recipients     4
Total                  48